JOHN T. UNDERWOOD, Respondents, *v.* STEPHEN T. SMITH, Appellant.

(Argued October 17, 1892; decided October 28, 1892.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made June 10, 1892, which affirmed an order of Special Term granting an injunction *pendente lite.*

*Philo Safford* for appellant.

*Charles Strauss* for respondent.

Agree to affirm; on opinion of BOOKSTAVER, J., below.
All concur.
Order affirmed.